UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARK MUCKENFUSS,

    Plaintiff,

-vs-                                          Case No.  5:05-cv-261-Oc-10GRJ

THE HANOVER INSURANCE COMPANY,
a corporation authorized and doing
business in the State of Florida,

    Defendant.
_____

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 15) recommending that the Plaintiff's Motion to Remand (Doc. 10) be denied.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed and made a part hereof; and

(2) the Plaintiff's Motion to Remand (Doc. 10) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 22nd day of November, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record